UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHYANNE GATTMAN, | Civil No. 3:15-CV-00466-MC |
| Plaintiff, | |
| v. | ORDER ON EAJA FEES |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

MCSHANE, Judge:

It is hereby ordered that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,670.34 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to his mailing address at: 1336 E. Burnside St., Suite 130, Portland, OR 97214. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address, as stated above.

IT IS SO ORDERED.

Dated this 22nd day of June, 2016.

_____/s/ Michael J. McShane_____
Michael J. McShane
United States District Judge

1 – ORDER ON EAJA FEES